IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 7:08-CR-019 |
| | § | |
| JOANNA LYNN MCGEE | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Robert K. Roach, regarding Defendant Joanna Lynn McGee's ("Defendant") Motion to Suspend Restitution (ECF No. 37). The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant's Motion to Suspend Restitution is hereby dismissed without prejudice for want of subject matter jurisdiction for the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 46).

**SO ORDERED** this **6th** day of **January, 2011.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE